MJS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -5 AM 10: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Gerardo GUZMAN-Rodriguez**<br>AKA: Jerry GUZMAN<br>Defendant. | Magistrate Case No.<br>'08 MJ 2421<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **May 19, 2008,** within the Southern District of California, defendant, **Gerardo GUZMAN-Rodriguez** (AKA: Jerry GUZMAN) an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]
SIGNATURE OF COMPLAINANT
Deportation Officer, Lisette Guzman
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **August 2008.**

[signature]
UNITED STATES MAGISTRATE JUDGE
Ruben B. Brooks

# PROBABLE CAUSE STATEMENT

M36

On May 18, 2008, the defendant identified as, **Gerardo GUZMAN**-Rodriguez **(AKA: Jerry GUZMAN)** was apprehended by U.S. Border Patrol for illegal entry and 3056 Parole Violation. The defendant was booked into County Jail and an Immigration Hold (I-247) was placed pending his release from jail.

On August 4, 2008, the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Gerardo GUZMAN-Rodriguez (AKA: Jerrry GUZMAN)** has been ordered removed from the United States by an Immigration Judge on or about June 2, 2003 and removed to Mexico, via the San Ysidro Port of Entry on June 4, 2003. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Gerardo GUZMAN-Rodriguez (AKA: Jerry GUZMAN)** a citizen and national of Mexico.