AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GERARDO GUZMAN-RODRIGUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2899-DMS

I, GERARDO GUZMAN-RODRIGUEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

X Gerardo Guzman
Defendant

Counsel for Defendant

Before
Judicial Officer